# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**NO. 1:24-cv-13233-GAO**

SHANA COTTONE,

               Plaintiff,

v.

CITY OF BOSTON, by and Through Its
Treasurer, Ashley Groffenberger, and
MICHELLE WU,

               Defendants.

## MICHELLE WU'S MOTION TO DISMISS COUNT VI OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Now comes Defendant Mayor Michelle Wu ("Mayor Wu") and hereby respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Count VI of Plaintiff's Amended Complaint. As grounds therefor, Mayor Wu states that the claim of First Amendment Retaliation fails because the Complaint makes no allegations that Mayor Wu was personally involved in the supposed adverse actions taken against Plaintiff.

In further support of this Motion, Mayor Wu respectfully refers the Court to her Memorandum of Law filed herewith.

WHEREFORE, Mayor Wu respectfully requests that Count VI of Plaintiff's Amended Complaint against her be dismissed with prejudice.

Date:   July 1, 2025

Respectfully submitted,

**MICHELLE WU,**

By her attorneys:

Adam Cederbaum
Corporation Counsel

*/s/ Randall Maas*
Randall Maas BBO# 684832
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4042
Randall.Maas@boston.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on June 26, 2025, I conferred with opposing counsel and attempted in good faith to resolve or narrow these issues.

*/s/ Randall Maas*
Randall Maas

## CERTIFICATE OF SERVICE

I, Randall Maas, hereby certify that on July 1, 2025, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Randall Maas*
Randall Maas