UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | | |
|---|---|---|
| SHANA COTTONE, | : | |
|     Plaintiff | : | |
| | : | |
| | : | |
| v. | : | C.A. No. 1:24-cv-13233-GAO |
| | : | |
| | : | |
| CITY OF BOSTON, by and Through | : | |
| Its Treasurer, Ashley Groffenberger; and | : | |
| MICHELLE WU, | : | |
|     Defendants. | : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS COUNTS I–IV OF THE AMENDED COMPLAINT**

Now comes Shana Cottone ("Cottone"), the plaintiff in the above-captioned matter, by and through her attorney, and hereby opposes Defendant City of Boston's Motion to Dismiss Counts I-IV of the Amended Complaint (ECF No. 19).

As grounds for her opposition, Cottone relies on her memorandum of law filed herewith and incorporated by reference herein.

                                              Respectfully Submitted by:

                                              Plaintiff
                                              SHANA COTTONE
                                              By Her Attorney,

                                              /s/Mark P. Gagliardi
                                              Mark P. Gagliardi (MA BBO#: 657622)

                                              LAW OFFICE OF MARK P. GAGLIARDI
                                              56 Pine Street, Suite 200
                                              Providence, RI 02903
                                              (401) 277-2030 (office)
                                              (401) 487-6666 (cell)
                                              (401) 274-2780 (fax)
                                              mark@markgagliardilaw.net

Date:  August 11, 2025

## CERTIFICATION OF SERVICE

     I hereby certify that on this **11**th day of August 20**25**, I filed electronically this document with the ECF system of the United States District Court for the District of Rhode Island and, therefore, all counsel-of-record have received notice electronically.

                                         /s/Mark P. Gagliardi
                                         Mark P. Gagliardi

Case 1:24-cv-13233-GAO     Document 24     Filed 08/11/25     Page 2 of 2