# EXHIBIT A

**From:** Lisa OBrien <lisa.obrien@pd.boston.gov>
**Sent:** Monday, January 10, 2022 6:38 PM EST
**To:** James MeGee <james.megee@pd.boston.gov>
**CC:** David Fredette <david.fredette@pd.boston.gov>; Jeffrey Walcott <jeffrey.walcott@pd.boston.gov>; Darrin Greeley <darrin.greeley@pd.boston.gov>; Sharon Dottin <sharon.dottin@pd.boston.gov>; Eddy Chrispin <eddy.chrispin@pd.boston.gov>; April Davies <april.davies@pd.boston.gov>; Mary Ryan <mary.ryan@pd.boston.gov>; Sean Feeney <sean.feeney@pd.boston.gov>; Luis Cruz <luis.cruz@pd.boston.gov>
**Subject:** Re: Request for personnel order- Sgt Shana Cottone

Thanks Jess.

On Mon, Jan 10, 2022 at 3:24 PM James MeGee <james.megee@pd.boston.gov> wrote:

Good afternoon,

Please find attached a request for a personnel order regarding Sergeant Shana Cotton.

Best,

Jess

--
James Jess Megee
Assistant Corporation Counsel
Office of the Boston Police Department Legal Advisor
One Schroeder Plaza
Boston, MA 02120
617-343-4500 Ext. 3-5037


--
Lisa J. O'Brien
Bureau Chief
Bureau of Administration & Technology
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
617/343-4316

**From:** Eddy Chrispin <eddy.chrispin@pd.boston.gov>
**Sent:** Friday, April 01, 2022 2:08 PM EDT
**To:** Gregory Long <gregory.long@pd.boston.gov>; David Fredette <david.fredette@pd.boston.gov>; Sharon Dottin <sharon.dottin@pd.boston.gov>; Gerard Bailey <gerard.bailey@pd.boston.gov>; Jeffrey Walcott <jeffrey.walcott@pd.boston.gov>
**Subject:** Cottone LTC

Maam/Sirs,

Sgt. Cottone still has an active LTC issued out of Norfolk in December of 2021.

Respectfully,
Eddy Chrispin, *J.D.*
Deputy Superintendent of  Internal Affairs Division
Boston Police Headquarters
1 Schroeder Plaza
Roxbury, MA 02120
phone (617) 343-5427
fax: (617) 343-4596

**From:** Tiffany Chu <tiffany.chu@boston.gov>
**Sent:** Wednesday, June 08, 2022 2:29 PM EDT
**To:** M Wu <mw@boston.gov>
**Subject:** Fwd: Sgt. Cottone Cases

---------- Forwarded message ---------
From: **David Fredette** <david.fredette@pd.boston.gov>
Date: Wed, Jun 8, 2022 at 2:26 PM
Subject: Re: Sgt. Cottone Cases
To: Tiffany Chu <tiffany.chu@boston.gov>
Cc: Sharon Dottin <sharon.dottin@pd.boston.gov>, Eddy Chrispin <eddy.chrispin@pd.boston.gov>, Gregory Long <gregory.long@pd.boston.gov>, Jeffrey Walcott <jeffrey.walcott@pd.boston.gov>, Michael Firestone <mike.firestone@boston.gov>, Louis Mandarini <louis.mandarini@boston.gov>

Tiffany, as a follow up - Chief Long has reviewed and sent back to IA.  we will set up a discipline (green folder) meeting to determine her discipline - per our Rule 109.

On Wed, Jun 8, 2022 at 11:41 AM David Fredette <david.fredette@pd.boston.gov> wrote:
> Hi Tiffany,
>
> those were reviewed and sent back to IA.  They are now with Chief Long for final review.  Once reviewed by Chief Long we will set up a discipline green folder mtg to determine discipline on those 4 cases.  The plan is to move forward on the completed cases.
>
> On Wed, Jun 8, 2022 at 10:58 AM Tiffany Chu <tiffany.chu@boston.gov> wrote:
>> Hi Sharon and Eddy - thank you for the update.
>> Adding Mike and Lou for their visibility.
>> Dave, what's your estimated date of completion for the 4 open cases in Legal?
>> -Tiffany
>>
>>
>> On Tue, Jun 7, 2022 at 12:10 PM Sharon Dottin <sharon.dottin@pd.boston.gov> wrote:
>>> Hi Tiffany,
>>>
>>> Please see below for updates on Sgt Cottone cases. Please feel free to reach out if you have any questions or concerns.
>>>
>>> Best,
>>> Supt Dottin
>>>
>>> **Sharon Dottin**
>>> **Superintendent**
>>> Chief, Bureau of Professional Standard
>>> 1 Schroeder Plaza
>>> Boston, MA 02120
>>> Main: (617) 343-4526
>>> Direct: (617) 343-5678
>>> Fax: (617) 343- 5085
>>>
>>> **Confidentiality Note***
>>> The documents accompanying this e-mail transmission contains information
>>> from the Boston Police Department which is *CONFIDENTIAL AND/OR PRIVILEGED*.
>>> This e-mail is protected under Massachusetts General Laws. If you are not
>>> the intended recipient be aware that any disclosure, copying, distribution
>>> or use of the contents of this information is prohibited. If you have
>>> received this e-mail in error, please notify us by telephone immediately
>>> (617)-343-4526.
>>>
>>>
>>> Attachments area
>>>
>>>
>>>
>>> ---------- Forwarded message ---------
>>> From: **Eddy Chrispin** <eddy.chrispin@pd.boston.gov>
>>> Date: Tue, Jun 7, 2022 at 9:11 AM
>>> Subject: Sgt. Cottone Cases
>>> To: Sharon Dottin <sharon.dottin@pd.boston.gov>, Eddy Chrispin <eddy.chrispin@pd.boston.gov>
>>>
>>>
>>> Ma'am,
>>>
>>> As per our discussion, I have reviewed the eight open cases in IA against Sgt. Cottone. Four have been forwarded to the Office of the Legal Advisor- IAD2021-0455 on 6/2, IAD2022-0004 on 4/28, IAD2022-0014 on 5/4 and IAD2022-0015 on 6/3.
>>>
>>> There are four remaining cases with IA- IAD2021-0049 is with S/D Hernandez (who is on vacation and won't be back until 6/20) and is in the process of being drafted, IAD2022-0003 is with Lt Mason ( who is the lead on the priority Academy case), IAD2022-0103 is with L/D Staines and should be turned in today after having been edited by me, and the last remaining case is IAD2022-0136 is assigned to S/D Joseph who anticipates finishing the case in the next two weeks, having 8 remaining officers to interview. I have advised him to expedite the processing of this case.
>>>
>>> Respectfully submitted,
>>> Eddy Chrispin, *J.D.*
>>> Deputy Superintendent of  Internal Affairs Division
>>> Boston Police Headquarters
>>> 1 Schroeder Plaza
>>> Roxbury, MA 02120
>>> phone (617) 343-5427
>>> fax: (617) 343-4596
>>>
>>>
>> --
>> Tiffany Chu
>> Chief of Staff
>> Office of Mayor Michelle Wu  |  City of Boston
>> Work cell: 617.233.6091

--
Tiffany Chu
Chief of Staff
Office of Mayor Michelle Wu  |  City of Boston
Work cell: 617.233.6091

One concern I share with Lou is that the additional cases are creating more and more delay.

On Wed, Jun 8, 2022 at 2:57 PM Louis Mandarini <louis.mandarini@boston.gov> wrote:
So, what's that? Another 2-3 months? How can this be this attenuated?

---------- Forwarded message ---------
From: **David Fredette** <david.fredette@pd.boston.gov>
Date: Wed, Jun 8, 2022 at 2:26 PM
Subject: Re: Sgt. Cottone Cases
To: Tiffany Chu <tiffany.chu@boston.gov>
Cc: Sharon Dottin <sharon.dottin@pd.boston.gov>, Eddy Chrispin <eddy.chrispin@pd.boston.gov>, Gregory Long <gregory.long@pd.boston.gov>, Jeffrey Walcott <jeffrey.walcott@pd.boston.gov>, Michael Firestone <mike.firestone@boston.gov>, Louis Mandarini <louis.mandarini@boston.gov>

Tiffany, as a follow up - Chief Long has reviewed and sent back to IA.  we will set up a discipline (green folder) meeting to determine her discipline - per our Rule 109.

On Wed, Jun 8, 2022 at 11:41 AM David Fredette <david.fredette@pd.boston.gov> wrote:
Hi Tiffany,

those were reviewed and sent back to IA.  They are now with Chief Long for final review.  Once reviewed by Chief Long we will set up a discipline green folder mtg to determine discipline on those 4 cases.  The plan is to move forward on the completed cases.

On Wed, Jun 8, 2022 at 10:58 AM Tiffany Chu <tiffany.chu@boston.gov> wrote:
Hi Sharon and Eddy - thank you for the update.
Adding Mike and Lou for their visibility.
Dave, what's your estimated date of completion for the 4 open cases in Legal?
-Tiffany

On Tue, Jun 7, 2022 at 12:10 PM Sharon Dottin <sharon.dottin@pd.boston.gov> wrote:
Hi Tiffany,

Please see below for updates on Sgt Cottone cases. Please feel free to reach out if you have any questions or concerns.

Best,
Supt Dottin

**Sharon Dottin**
**Superintendent**
Chief, Bureau of Professional Standard
1 Schroeder Plaza
Boston, MA 02120
Main: (617) 343-4526
Direct: (617) 343-5678
Fax: (617) 343- 5085

**\*\*Confidentiality Note\*\*\***

The documents accompanying this e-mail transmission contains information
from the Boston Police Department which is *CONFIDENTIAL AND/OR PRIVILEGED*.
This e-mail is protected under Massachusetts General Laws. If you are not
the intended recipient be aware that any disclosure, copying, distribution
or use of the contents of this information is prohibited. If you have
received this e-mail in error, please notify us by telephone immediately
(617)-343-4526.

Attachments area

---------- Forwarded message ---------
From: **Eddy Chrispin** <eddy.chrispin@pd.boston.gov>
Date: Tue, Jun 7, 2022 at 9:11 AM
Subject: Sgt. Cottone Cases
To: Sharon Dottin <sharon.dottin@pd.boston.gov>, Eddy Chrispin <eddy.chrispin@pd.boston.gov>

Ma'am,

As per our discussion, I have reviewed the eight open cases in IA against Sgt. Cottone. Four have been forwarded to the Office of the Legal Advisor- IAD2021-0455 on 6/2, IAD2022-0004 on 4/28, IAD2022-0014 on 5/4 and IAD2022-0015 on 6/3.

There are four remaining cases with IA- IAD2021-0049 is with S/D Hernandez (who is on vacation and won't be back until 6/20) and is in the process of being drafted, IAD2022-0003 is with Lt Mason ( who is the lead on the priority Academy case), IAD2022-0103 is with L/D Staines and should be turned in today after having been edited by me, and the last remaining case is IAD2022-0136 is assigned to S/D Joseph who anticipates finishing the case in the next two weeks, having 8 remaining officers to interview. I have advised him to expedite the processing of this case.

Respectfully submitted,
Eddy Chrispin, *J.D.*
Deputy Superintendent of  Internal Affairs Division
Boston Police Headquarters
1 Schroeder Plaza
Roxbury, MA 02120
phone (617) 343-5427
fax: (617) 343-4596

--
Tiffany Chu
Chief of Staff
Office of Mayor Michelle Wu  |  City of Boston
Work cell: 617.233.6091

--
Mike Firestone (he/him)
Chief of Policy and Strategic Planning
Mayor Michelle Wu | City of Boston
617.733.8005

**From:** Richard Dahill <richard.dahill@pd.boston.gov>
**Sent:** Monday, August 22, 2022 9:54 AM EDT
**To:** James McGee <james.megee@pd.boston.gov>
**CC:** David Fredette <david.fredette@pd.boston.gov>; Sharon Dottin <sharon.dottin@pd.boston.gov>

Good morning everyone,

Do we have the Cottone Specification ready to go? We have the hearing scheduled and I should send out the formal notice soon.

Thanks,
Rich

*Deputy Superintendent Richard Dahill (he, him, his)*
*Chief Hearings Officer*
*Liaison to the LGBTQ+ Community*
*Boston Police Department*
*Office of Administrative Hearings*
*One Schroeder Plaza*
*Boston, MA 02120-2014*
*617-343-5043*

**From:** Richard Dahill <richard.dahill@pd.boston.gov>
**Sent:** Monday, August 29, 2022 10:52 AM EDT
**To:** James Megee <james.megee@pd.boston.gov>
**CC:** David Fredette <david.fredette@pd.boston.gov>; Sharon Dottin <sharon.dottin@pd.boston.gov>
**Subject:** Re:

Any progress on the specifications?

Thanks,
Rich


On Mon, Aug 22, 2022 at 10:44 AM James Megee <james.megee@pd.boston.gov> wrote:

Hi Deputy,

Will have them to you by COB tomorrow.

Best,

Jess

On Mon, Aug 22, 2022 at 9:55 AM Richard Dahill <richard.dahill@pd.boston.gov> wrote:

Good morning everyone,

Do we have the Cottone Specification ready to go? We have the hearing scheduled and I should send out the formal notice soon.

Thanks,
Rich




*Deputy Superintendent Richard Dahill (he, him, his)*
*Chief Hearings Officer*
*Liaison to the LGBTQ+ Community*
*Boston Police Department*
*Office of Administrative Hearings*
*One Schroeder Plaza*
*Boston, MA 02120-2014*
*617-343-5043*


--
James Jess Megee
Assistant Corporation Counsel
Office of the Boston Police Department Legal Advisor
One Schroeder Plaza
Boston, MA 02120
617-343-4500 Ext. 3-5037

**From:** Richard Dahill <richard.dahill@pd.boston.gov>
**Sent:** Monday, August 29, 2022 11:15 AM EDT
**To:** Sharon Dottin <sharon.dottin@pd.boston.gov>
**Subject:** Re:

I figured as much. Just wanted to remind Jesse. It's a bit overdue. Can't have her served with notice until I get the Specs.

Sent from my iPhone

> On Aug 29, 2022, at 11:10 AM, Sharon Dottin <sharon.dottin@pd.boston.gov> wrote:
>
>
> I have not received anything yet.
>
> Sharon
> **Sharon Dottin**
> **Superintendent**
> Chief, Bureau of Professional Standard
> 1 Schroeder Plaza
> Boston, MA 02120
> Main: (617) 343-4526
> Direct: (617) 343-5678
> Fax: (617) 343- 5085
>
> **\*\*Confidentiality Note\*\*\***
>
> The documents accompanying this e-mail transmission contains information
> from the Boston Police Department which is *CONFIDENTIAL AND/OR PRIVILEGED*.
> This e-mail is protected under Massachusetts General Laws. If you are not
> the intended recipient be aware that any disclosure, copying, distribution
> or use of the contents of this information is prohibited. If you have
> received this e-mail in error, please notify us by telephone immediately
> (617)-343-4526.
>
> Attachments area

On Mon, Aug 29, 2022 at 10:52 AM Richard Dahill <richard.dahill@pd.boston.gov> wrote:
> Any progress on the specifications?
>
> Thanks,
> Rich

On Mon, Aug 22, 2022 at 10:44 AM James Megee <james.megee@pd.boston.gov> wrote:
> Hi Deputy,
>
> Will have them to you by COB tomorrow.
>
> Best,
>
> Jess

On Mon, Aug 22, 2022 at 9:55 AM Richard Dahill <richard.dahill@pd.boston.gov> wrote:
> Good morning everyone,
>
> Do we have the Cottone Specification ready to go? We have the hearing scheduled and I should send out the formal notice soon.
>
> Thanks,
> Rich
>
>
>
> *Deputy Superintendent Richard Dahill (he, him, his)*
> *Chief Hearings Officer*
> *Liaison to the LGBTQ+ Community*
> *Boston Police Department*
> *Office of Administrative Hearings*
> *One Schroeder Plaza*
> *Boston, MA 02120-2014*
> *617-343-5043*

> --
> James Jess Megee
> Assistant Corporation Counsel
> Office of the Boston Police Department Legal Advisor
> One Schroeder Plaza
> Boston, MA 02120
> 617-343-4500 Ext. 3-5037

**From:** Gregory Long <gregory.long@pd.boston.gov>
**Sent:** Friday, September 09, 2022 4:17 PM EDT
**To:** Jennifer Maconochie <jennifer.maconochie@pd.boston.gov>
**CC:** Sharon Dottin <sharon.dottin@pd.boston.gov>; David Fredette <david.fredette@pd.boston.gov>; Eddy Chrispin <eddy.chrispin@pd.boston.gov>; James Megee <james.megee@pd.boston.gov>; Jeffrey Walcott <jeffrey.walcott@pd.boston.gov>
**Subject:** Re: Flagged officers for review prior to meeting with PC
**Attachment(s):** "updated flagged list 9 9 22.xlsx"

Thank you Jen. Would you mind connecting with Kathy to set up some time with the PC?

Sent from my iPhone

On Sep 9, 2022, at 3:30 PM, Jennifer Maconochie <jennifer.maconochie@pd.boston.gov> wrote:

Chief, Supts, Deputy, Dave and Jess,
Attached please find a spreadsheet with all flagged officers. There are 4 tabs:
1. 52 officers flagged by evaluators for various reasons for review
2. 6 officers on admin leave but not flagged by evaluators
3. 6 officers flagged by evaluators and also have open ACU cases
4. 5 officers with open ACU cases that meet the POST criteria for certification.

I thought an excel spreadsheet was more user friendly than a shared google drive so you can save to your computer and review from there.

The deadline for submission to POST is Thursday. Can we meet to go over this on Monday to whittle the list down significantly before we go over with the PC for his final recommendations re: anyone he is not recertifying? I think most of the people on these lists could be moved along in the certification process based on the POST regulations. And many of them are on leave of some kind and would be conditionally certified anyway.

Should I ask Kathy to get some time on his schedule for Tuesday or Wednesday?

I will forward the content of this email without the spreadsheet to Kathy and Dana for scheduling purposes.

Please advise.
Jen

--

Jennifer Maconochie
Director, Strategic Initiatives & Policies
Office of the Police Commissioner
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
Ph: 617-343-4904
Jennifer.Maconochie@pd.boston.gov

This email is subject to MGL: Chapt.66, Sec.10 Public Records Law

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | ID Number | Evaluator Name | Agency Head, Designee, or Appointing Authority attests that this officer meets all certification requirements (Column I to Column X) | Q1 HS Education or Equivalent | Q2 Basic Training, Bridge Academy, Exemption | Q3 Passed Exam |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | Cottone | Shana | 106714 | Ricard J. Dahill | no | Yes | Yes | Yes |
| 24 | | | | | | | | |

**9**

flagged by evaluator



|  | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|
| 1 | Q4 Annual In Service Training FY22 | Q8 Current CPR & First Aid | Q9 Ever Convicted of Felony | Q10 Listed in NDI | Q11 Any Disciplinary Red Finding Sustained | Q13 Open Complaint or Internal Investigation | **Q15 Oral Interview & Officer Questionnaire** |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | No | No | no | no | yes | No | Not conducted |
| 24 | | | | | | | |

|   | P | Q |
|---|---|---|
| 1 | Notes to describe any exceptions | Notes re: training or status (MIS, etc.) or over 5 days discipline in BPD POST spreadsheet |
| 2 | ▇ | ▇ |
| 3 | | |
| 4 | | |
| 5 | ▇▇▇ | ▇▇▇▇ |
| 6 | | |
| 7 | ▇▇▇ | ▇▇▇▇ |
| 8 | ▇▇ | ▇▇ ▇ |
| 9 | ▇▇▇▇ | ▇▇▇▇ |
| 10 | ▇▇ | ▇▇▇▇ |
| 11 | ▇▇ | |
| 12 | ▇▇▇ | ▇▇▇▇▇ |
| 13 | | |
| 14 | | |
| 15 | ▇▇ | |
| 16 | ▇▇ | ▇▇▇▇ |
| 17 | ▇▇ | ▇▇▇▇ |
| 18 | ▇▇▇ | |
| 19 | ▇▇ | |
| 20 | ▇▇ | |
| 21 | | |
| 22 | | ▇▇ |
| 23 | admin leave | suspended more than 5 days per IA spreadsheet |
| 24 | ▇▇▇ | |



flagged by evaluator

| | R |
|---|---|
| 1 | Jen's notes re: questionnaires and form 26s |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | did not submit questionnaire, admin. leave |
| 24 | |



flagged by evaluator



flagged by evaluator



flagged by evaluator



flagged by evaluator



flagged by evaluator



flagged by evaluator



flagged by evaluator



flagged by evaluator



flagged by evaluator

| | Last Name | First Name | ID Number | Evaluator Name | Agency Head, Designee, or Appointing Authority attests that this officer meets all certification requirements (Column I to Column X) | Q1 HS Education or Equivalent | Q2 Basic Training, Bridge Academy, Exemption | Q3 Passed Exam |
|---|---|---|---|---|---|---|---|---|
| | ██████ | ████ | ████ | ██████ | █ | █ | █ | █ |
| | █████████████ | ████ | ████ | ████ | █ | █ | █ | █ |
| | ████████ | ████ | ████ | █████████ | █ | █ | █ | █ |
| 7 | ██ | ████ | ████ | █████████ | █ | █ | █ | █ |
| 8 | | | | | | | | |
| 9 | ████████████████████████ | | | | | | | |

flagged admin leave

| | I | J | K | L | M | N |
|---|---|---|---|---|---|---|
| 1 | Q9 Ever Convicted of Felony | Q10 Listed in NDI | Q11 Any Disciplinary Rcd Finding Sustained | Q13 Open Complaint or Internal Investigation | **Q15 Oral Interview & Officer Questionnaire** | **Notes to describe any exceptions** |
| 2 | ■ | ■ | ■ | ■ | ████ | ████ |
| 3 | ■ | | ■ | ■ | ████ | ████ |
| 4 | ■ | ■ | ■ | ■ | ████ | ████ |
| 5 | | | ■ | ■ | ████ | ████ |
| 6 | ■ | ■ | ■ | ■ | ████ | ████ |
| 7 | ■ | ■ | ■ | ■ | ████ | ████ |
| 8 | | | | | | |
| 9 | | | | | | |

flagged admin leave

| | O |
|---|---|
| 1 | Jen's notes re: questionnaires and form 26s |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |



flagged admin leave

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Middle Initial | ID Number | Variance in assignment | Evaluator Name | Agency Head, Designee, or Appointing Authority attests that this officer meets all certification requirements (Column I to Column X) | Q1 HS Education or Equivalent |
| 2 | ██ | ██ | | ██ | ██ | ███ | ▌ | ██ |
| 3 | ███ | ██ | ▌ | ██ | ██ | ███ | | ██ |
| 4 | ██ | ██ | ▌ | ██ | ██ | ████ | ▌ | ██ |
| 5 | ███ | ██ | ▌ | ██ | ██ | ████ | | ██ |
| 6 | ███ | ██ | | ██ | ██ | ████ | ███ | ██ |
| 7 | ███ | | | ██ | ██ | | | ██ |
| 8 | | | | | | | | |
| 9 | These officers were flagged by evaluator and also have open ACU case | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |

flagged by eval and open ACU



| | Q2 Basic Training, Bridge Academy, Exemption | Q3 Passed Exam | Flagged for review | Q4 Annual In Service Training FY22 | Q5 Physical Fitness | Q6 Psychological Evaluation | Q7 Passed State and National Background Check |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |

**25**

flagged by eval and open ACU

| | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|
| 1 | Q8 Current CPR & First Aid | Q9 Ever Convicted of Felony | Q10 Listed in NDI | Q11 Any Disciplinary Rcd Finding Sustained | Q13 Open Complaint or Internal Investigation | Q15 Oral Interview & Officer Questionnaire | Notes to describe any exceptions |
| 2 | ■ | ■ | ■ | ■ | ■ | ██████ | ████ |
| 3 | ■ | ■ | ■ | ■ | ■ | ██████ | ██████████ |
| 4 | ■ | ■ | ■ | ■ | ■ | ██████ | █████ |
| 5 | ■ | ■ | ■ | ■ | ■ | ███████ | ███████████ |
| 6 | ■ | ■ | ■ | ■ | ■ | ██████ | |
| 7 | ■ | ■ | ■ | ■ | ■ | ██████ | ■ |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |

flagged by eval and open ACU

| | W |
|---|---|
| 1 | <span style="background-color:yellow">Notes re: training or status (MIS, etc.) or over 5 days discipline in BPD POST spreadsheet</span> |
| 2 | ████████████ |
| 3 | ███████ |
| 4 | ████ |
| 5 | ███████ |
| 6 | |
| 7 | █ |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |

flagged by eval and open ACU

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | ID | evaluator | Agency Head, Designee, or Appointing Authority attests that this officer meets all certification requirements (Column I to Column X) | Q1 HS Education or Equivalent | Q2 Basic Training, Bridge Academy, Exemption |
| 2 | █ | █ | | █ | █ | █ | █ | █ |
| 3 | █ | █ | | █ | █ | █ | █ | █ |
| 4 | █ | █ | | █ | █ | █ | █ | █ |
| 5 | █ | █ | | █ | █ | █ | █ | █ |
| 6 | █ | █ | | █ | █ | █ | █ | █ |
| 7 | | | | | | | |
| 8 | Officers with open ACU, fit criteria for certification.  Not flagged by evaluator | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |

open ACU fit POST criteria

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | Q3 Passed Exam | Q9 Ever Convicted of Felony | Q10 Listed in NDI | Q11 Any Disciplinary Rcd Finding Sustained | Q13 Open Complaint or Internal Investigation | **Q15 Oral Interview & Officer Questionnaire** |
| 2 | | | | | | |
| 3 | | | | ■ | ■ | ████████ |
| 4 | | | | ■ | ■ | ████████ |
| 5 | | | | ■ | ■ | ████████ |
| 6 | | | | ■ | ■ | ████████ |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |

open ACU fit POST criteria

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Chief/Designee attests that this officer meets all certification requirements | Q1 HS Education or Equivalent | Q2 Basic Training/Exemption/Bridge Academy and work experience | Q3 Passed Exam | Q4 Annual In Service Training for FY22 | Q5 Physical Fitness | Q6 Psychological Evaluation |
| 2 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 3 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 4 | | | | | | | |

| Q7 State and National Background Check | Q8 Current CPR & First Aid | Q9 Ever Convicted of Felony | Q10 Listed in NDI | Q11 Any Disciplinary Rcd Finding Sustained | Q12 Disciplinary Rcd Already Submitted | Q13 Open Complaint or Internal Investigation | Q14 Investigation or Complaint Already Submitted |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

|   | P | Q |
|---|---|---|
| 1 | Q15 Exceptions to provided officer Questionnaire | Q16 Chief/Designee attests to Good Moral Character and Fitness for Duty |
| 2 | █████████ | ██ |
| 3 | ██████████ | ██ |
| 4 | ██████ | |