## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**C.A. NO. 1:24-cv-13233-GAO**

SHANA COTTONE,

          Plaintiff,

v.

CITY OF BOSTON, by and through its
Treasurer, Ashley Groffenberger, and
MICHELLE WU,

          Defendants.

### <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

     Please enter the appearance of attorney Edward F. Whitesell, Jr. in the above-captioned

matter as counsel for the City of Boston and Mayor Michelle Wu.

Dated: February 9, 2026

          Respectfully submitted,
**CITY OF BOSTON and
MICHELLE WU**

By their attorney:

MICHAEL FIRESTONE
Corporation Counsel

<u>*/s/ Edward F. Whitesell, Jr.*</u>
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

**Certificate of Service**

I, Edward F. Whitesell, Jr., hereby certify that on February 9, 2026, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Edward F. Whitesell, Jr.*
Edward F. Whitesell, Jr.