**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:24-cv-13233-MPK**

SHANA COTTONE,

          Plaintiff,

v.

CITY OF BOSTON, by and through its
Treasurer, Ashley Groffenberger, and
MICHELLE WU,

          Defendants.

## STIPULATION AND JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Shana Cottone and defendants City of Boston and Michelle Wu (collectively, the "Parties"), by and through their respective counsel, stipulate that they have agreed to the terms of the proposed Protective Order attached hereto as **Exhibit A** and move the Court to endorse and docket said Protective Order in the above-captioned litigation. As grounds for their motion, the Parties agree that discovery in this case is likely to include certain personal and confidential medical and employment information of the parties and non-party employees of the City of Boston, and that the Protective Order is necessary to protect the privacy of these individuals and to preserve the confidentiality of their personal information.

**WHEREFORE**, the Parties respectfully request that this Honorable Court grant their motion, endorse and docket the proposed Protective Order, and grant such other and further relief as it deems just and proper.

Dated: May 8, 2026

Respectfully submitted,

**CITY OF BOSTON and
MICHELLE WU,**
By their attorney:

MICHAEL FIRESTONE
Corporation Counsel

*/s/ Edward F. Whitesell, Jr*
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

**SHANA COTTONE**
By her attorney,

*/s/ Mark P. Gagliardi*
Mark P. Gagliardi (BBO#657622)
Law Office of Mark P. Gagliardi
56 Pine Street, Suite 200
Providence, RI 02903
(401) 277-2030 (office)
(401) 487-6666 (cell)
(401) 274-2780 (fax)
mark@markgagliardilaw.net

2